# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Terrorist Attacks on September 11, 2001 | 03 MDL 1570 (GBD)(SN) |

This document relates to:

*Estate of John P. O'Neill, Sr., et al. v. The Republic of Iraq et. al.*, 1:04-cv-01076 (GBD)(SN)
*Estate of John P. O'Neill, Sr., et al. v. Al Baraka Investment and Development Corporation, et. al.*, 1:04-cv- 01923 (GBD)(SN)
*Jessica DeRubbio, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05306 (GBD)(SN)
*Roberta Agyeman, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05320 (GBD)(SN)
*Horace Morris, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05321 (GBD)(SN)
*Laurence Schlissel, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05331 (GBD)(SN)
*Bakahityar Kamardinova, et al. v. Islamic Republic of Iran*, No. 1:18-cv-05339 (GBD)(SN)
*Audrey Ades, et al. v. Islamic Republic of Iran*, No. 1:18-cv-07306 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-11837 (GBD)(SN)
*Chang Don Kim, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11870 (GBD)(SN)
*Alexander Jimenez, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11875 (GBD)(SN)
*Maureen Moody-Theinert, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11876 (GBD)(SN)
*Cheryl Rivelli, et al. v. Islamic Republic of Iran*, No. 1:18-cv-11878 (GBD)(SN)
*Lloyd A. Abel Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11880 (GBD)(SN)
*Margarite Bonomo, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11885 (GBD)(SN)
*William Cintron-Lugos a/k/a William Cintron, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11888 (GBD)(SN)
*David DeConto, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11904 (GBD)(SN)
*Stephanie E. Lang, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11926 (GBD)(SN)
*David Gordenstein, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11941 (GBD)(SN)
*Arthur Harris, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11946 (GBD)(SN)
*Rodney Bush, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11964 (GBD)(SN)
*Hopeton Richards, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11969 (GBD)(SN)
*Deborah Rooney, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11970 (GBD)(SN)
*Barbara Carroll Spence, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-11971 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12270 (GBD)(SN)
*Richard A. Deuel, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12272 (GBD)(SN)
*Kristian G. Kincaid, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12273 (GBD)(SN)
*Ana Pascual Ortiz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12274 (GBD)(SN)
*Michael Stackpole, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12275 (GBD)(SN)
*Gordon Aamoth, Sr., et al. v. Islamic Republic of Iran*, No. 1:18-cv-12276 (GBD)(SN)
*Marinella Hemenway, et al. v. Islamic Republic of Iran*, No. 1:18-cv-12277 (GBD)(SN)
*Jack Zelmanowitz, et al. v. Kingdom of Saudi Arabia*, No. 1:18-cv-12381 (GBD)(SN)
*Matthew Rowenhorst, et al. v. Islamic Republic of Iran,* No. 1:18-cv-12387 (GBD)(SN)
*BNY Mellon, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11767 (GBD)(SN)
*Deborah Bodner, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11776 (GBD)(SN)

*August Bernaerts, et al. v. Islamic Republic of Iran*, No. 1:19-cv-11865 (GBD)(SN)
*Ber Barry Aron, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09376 (GBD)(SN)
*Jeanmarie Hargrave, et al. v. Islamic Republic of Iran*, No. 1:20-cv-09387 (GBD)(SN)
*Paul Asaro, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10460 (GBD)(SN)
*Michael Bianco, et al. v. Islamic Republic of Iran*, No. 1:20-cv-10902 (GBD)(SN)
*Nicole Amato, et al. v. Islamic Republic of Iran*, No. 1:21-cv-10239 (GBD)(SN)
*Susan M. King, et al. v. Islamic Republic of Iran*, No. 1:22-cv-05193 (GBD)(SN)

## MOTION TO SUBSTITUTE PARTIES AND FOR CORRECTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 15(d)

Pursuant to Federal Rules of Civil Procedure 15(d), Plaintiffs herein move the Court to allow substitution of the parties and changes to Plaintiffs' names, as identified in Exhibit A in the above referenced actions. The individuals being substituted into the case, or having their name changed on the record, are the Personal Representatives of individuals killed as a result of the terrorist attacks on September 11, 2001 (a "9/11 decedent") or their immediate relatives.

Exhibit A identifies the individuals to be substituted, or to have their name changed, in the pleadings, including the capacity in which they seek to be substituted, state of residency, the existing pleading that refers to the Plaintiff, and the decedent of which each Plaintiff is the Personal Representative.

Plaintiffs propose that, upon endorsement of Plaintiffs' Proposed Order, the substituted parties be individually entered as a Plaintiff into the Court's ECF system to ease the burden on the Clerk of the Court's Office and the size of this MDL.

Dated: March 11, 2025

/s/ *Jerry S. Goldman*
Jerry S. Goldman, Esq.
Bruce E. Strong, Esq.
Alexander Greene, Esq.
ANDERSON KILL P.C.
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 278-1000
Fax: (212) 278-1733
Email: jgoldman@andersonkill.com
        bstrong@andersonkill.com
        agreene@andersonkill.com

3

**EXHIBIT A to Motion to Substitute Parties and for Corrections**

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 1. | Anne K. Juleff, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Michael Kelly | 1:18-cv-05339 (GBD)(SN); 1:18-cv-11946 (GBD)(SN) | Anne K. Blauvelt, as the Personal Representative of the Estate of Thomas M. Kelly, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Michael Kelly | NJ | Thomas Michael Kelly |
| 2. | Eileen Kennedy, individually, as surviving parent of Thomas Kennedy | 1:18-cv-05339 (GBD)(SN) | Brian Kennedy, as Personal Representative of the Estate of Eileen Kennedy, deceased, the late parent of Thomas Kennedy | VA | Thomas Kennedy |
| 3. | William Kennedy, individually, as surviving parent of Thomas Kennedy | 1:18-cv-05339 (GBD)(SN) | Brian Kennedy, as Personal Representative of the Estate of William Kennedy, deceased, the late parent of Thomas Kennedy | VA | Thomas Kennedy |
| 4. | Michael B. Kuras, individually, as surviving sibling of Patricia A. Kuras | 1:18-cv-05339 (GBD)(SN) | Thomas Kuras as Personal Representative of the Estate of Michael B. Kuras, deceased, the late sibling of Patricia A. Kuras | NY | Patricia A. Kuras |
| 5. | Antoinette Lauria, individually, as surviving parent of Stephen J. Lauria | 1:18-cv-05339 (GBD)(SN) | Catherine Lauria as Personal Representative of the Estate of Antoinette Lauria, deceased, the late parent of Stephen J. Lauria | FL | Stephen J. Lauria |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 6. | Antoinette Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria | 1:18-cv-05339 (GBD)(SN) | Catherine Lauria, as the Personal Representative of the Estate of Stephen J. Lauria, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen J. Lauria | FL | Stephen J. Lauria |
| 7. | John A. Lenoir, individually, as surviving parent of John R. Lenoir | 1:18-cv-05339 (GBD)(SN) | Patrick Lenoir as Personal Representative of the Estate of John A. Lenoir, deceased, the late parent of John R. Lenoir | TN | John R. Lenoir |
| 8. | John Doe 38, being intended to designate the Personal Representative of the Estate of Louis N. Mariani, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani | 1:18-cv-12277 (GBD)(SN) | Lauren Peters, as the Personal Representative of the Estate of Louis N. Mariani, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Louis N. Mariani | MA | Louis N. Mariani |

5

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 9. | JoAnn Wilson-Johnson as Personal Representative of the Estate of Sareatha Wilson, deceased, the late parent of Ada L. Mason | 1:18-cv-11875 (GBD)(SN); 1:18-cv-11964 (GBD)(SN) | JoAnn Wilson-Johnson as Personal Representative of the Estate of Searetha E. Wilson, deceased, the late parent of Ada L. Mason | MS | Ada L. Mason |
| 10. | Deborah Moloney, individually, as surviving sibling of William A. Mathesen | 1:18-cv-05339 (GBD)(SN) | Tara Moloney as Personal Representative of the Estate of Deborah Moloney, deceased, the late sibling of William A. Mathesen | NY | William A. Mathesen |
| 11. | Dwain Mattson, individually, as surviving sibling of Dean E. Mattson | 1:18-cv-05339 (GBD)(SN) | Theresa M. Mattson as the Personal Representative of the Estate of Dwain Mattson, deceased, the late sibling of Dean E. Mattson | WI | Dean E. Mattson |
| 12. | Anne McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | 1:18-cv-11875 (GBD)(SN) | Noah R. McCloskey, as the Personal Representative of the Estate of Katie M. McCloskey, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Katie M. McCloskey | IN | Katie M. McCloskey |
| 13. | Judith McNeil, individually, as surviving sibling of Walter A. McNeil | 1:18-cv-05339 (GBD)(SN) | Kim McNeil-Hightower as Personal Representative of the Estate of Judith McNeil, deceased, the late sibling of Walter A. McNeil | NY | Walter A. McNeil |
| 14. | Queen Mercer, individually, as surviving spouse of Wesley Mercer | 1:18-cv-11875 (GBD)(SN) | Kimberly Lee King Anderson as Personal Representative of the Estate of Queen Mercer, deceased, the late spouse of Wesley Mercer | VA | Wesley Mercer |

docs-100762443.1

|  | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 15. | Elaine Moccia, individually, as surviving spouse of Frank V. Moccia | 1:18-cv-05339 (GBD)(SN) | Frank Moccia, Jr. as Personal Representative of the Estate of Elaine Moccia, deceased, the late spouse of Frank V. Moccia | NY | Frank V. Moccia |
| 16. | Elaine Moccia, as the Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia | 1:18-cv-05339 (GBD)(SN) | Frank Moccia, Jr., as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia<br><br>Donna Velasquez, as the co-Personal Representative of the Estate of Frank V. Moccia, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Frank V. Moccia | NY | Frank V. Moccia |
| 17. | Anne Muldowney, individually, as surviving parent of Richard Muldowney Jr. | 1:18-cv-05321 (GBD)(SN) | Mary Muldowney as Personal Representative of the Estate of Anne Muldowney, deceased, the late parent of Richard Muldowney Jr. | NY | Richard Muldowney Jr. |
| 18. | James Davies, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren | 1:18-cv-05321 (GBD)(SN); 1:18-cv-12273 (GBD)(SN); 1:04-cv-01076 (GBD)(SN) | Lance Ogren, as Personal Representative of the Estate of Robert T. Ogren, deceased, the late parent of Joseph J. Ogren | SC | Joseph J. Ogren |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 19. | Ana Pena di Ottenwalder, individually, as surviving parent of Isidro D. Ottenwalder | 1:18-cv-05321 (GBD)(SN) | Rafael Ottenwalder, as Personal Representative for the Estate of Ana Pena di Ottenwalder, deceased, the late parent of Isidro D. Ottenwalder | NJ | Isidro D. Ottenwalder |
| 20. | Deborah Palmer, individually, as surviving spouse of Orio J. Palmer | 1:18-cv-11876 (GBD)(SN) | Dana M. Runfola and Keith Palmer, as co-Personal Representatives for the Estate of Deborah Palmer, deceased, the late spouse of Orio J. Palmer | NY | Orio J. Palmer |
| 21. | Deborah Palmer, as the Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer | 1:18-cv-11876 (GBD)(SN) | Dana M. Runfola, as the Co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer<br><br>Keith Palmer, as the Co-Personal Representative of the Estate of Orio J. Palmer, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Orio J. Palmer | NY | Orio J. Palmer |
| 22. | J.A. Reynolds, individually, as surviving parent of Bruce A. Reynolds | 1:18-cv-05321 (GBD)(SN) | Aaron Andre Scott as Personal Representative of the Estate of J.A. Reynolds, deceased, the late parent of Bruce A. Reynolds | NY | Bruce A. Reynolds |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 23. | Renee Baldwin, individually, as surviving sibling of Cecelia E. Richard | 1:18-cv-05321 (GBD)(SN) | Robert Lawson, as Personal Representative of the Estate of Renee Baldwin, deceased, the late sibling of Cecelia E. Richard | MD | Cecelia E. Richard |
| 24. | Mazie Lawson, individually, as surviving parent of Cecelia E. Richard | 1:18-cv-05321 (GBD)(SN) | Valerie Walls as the Personal Representative for the Estate of Mazie Lawson, the late parent of Cecelia E. Richard | MD | Cecelia E. Richard |
| 25. | Lynda Rivelli Wall, individually, as surviving sibling of Joseph Rivelli, Jr. | 1:18-cv-11878 (GBD)(SN) | James G. Wall as Personal Representative of the Estate of Lynda M. Wall, deceased, the late sibling of Joseph Rivelli, Jr. | NJ | Joseph Rivelli, Jr. |
| 26. | Racine Concepcion, individually, as surviving child of Carmen A. Rivera | 1:18-cv-05321 (GBD)(SN); 1:18-cv-11969 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 1:04-cv-01923 (GBD)(SN) | Britney Rivera and Luis Rivera, Jr., as the co-Personal Representatives of the Estate of Racine Concepcion, deceased, the late child of Carmen A. Rivera | NY | Carmen A. Rivera |
| 27. | Geraldina Oquindo, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez | 1:18-cv-11969 (GBD)(SN) | Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez | CT | Mayra V. Rodriguez |

9

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 28. | John Doe 113, being intended to designate as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed), and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez | 1:04-cv-1076 (GBD)(SN) | Elias Rodriguez, as the Personal Representative of the Estate of Mayra V. Rodriguez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Mayra V. Rodriguez | CT | Mayra V. Rodriguez |
| 29. | Elizabeth Trerotola as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola | 1:21-cv-10239 (GBD)(SN); 04-cv-1076 (GBD)(SN) | Amanda Trerotola, as Personal Representative of the Estate of Michael Trerotola, deceased, the late spouse of Lisa Trerotola | OH | Lisa Trerotola |
| 30. | Barbara Morris, individually, as surviving parent of Seth Morris | 1:19-cv-11865 (GBD)(SN) | James Morris, as Personal Representative of the Estate of Barbara Morris, deceased, the late parent of Seth Morris | VA | Seth Morris |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 31. | John Doe 81, being intended to designate the Personal Representative of the Estate of Derek O. Sword, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword | 04-cv-1076 (GBD)(SN) | Josephine Fink, as the Personal Representative of the Estate of Derek O. Sword, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Derek O. Sword | NY | Derek O. Sword |
| 32. | Marguerite Calixte Williams, as the Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte | 1:18-cv-05320 (GBD)(SN) | Marguerite Calixte Williams, as the co-Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte<br><br>Angus Jacques, as the co-Personal Representative of the Estate of Felix Calixte, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Felix Calixte | CO; Soufriere, Saint Lucia | Felix Calixte |

11

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 33. | Francis Coughlin, Jr. as Personal Representative of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin | 1:20-cv-09376 (GBD)(SN) | Francis Coughlin, Jr., Dennis Coughlin, and Robert Coughlin as co-Personal Representatives of the Estate of Alice Coughlin, deceased, the late parent of Timothy Coughlin | NY | Timothy Coughlin |
| 34. | Gabriel Martinez, as the Personal Representative of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gabriel Martinez | 1:18-cv-05339 (GBD)(SN) | Gabriel Martinez, as the co-Personal Representative of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gabriel Martinez<br><br>Chasity DeLeon, as the co-Personal Representative of the Estate of Robert Gabriel Martinez, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert Gabriel Martinez | NY; FL | Robert Gabriel Martinez |
| 35. | Andrea Madonna, as Personal Representative of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli | 1:20-cv-09387 (GBD)(SN) | Andrea Madonna and Joanne Los Kamp, as co-Personal Representatives of the Estate of Joan Micciulli, deceased, the late parent of William Micciulli | NJ; FL | William Micciulli |
| 36. | Lorraine B. Foley, individually, as surviving parent of Gerard T. Nevins | 1:20-cv-09387 (GBD)(SN) | Stephen Nevins as the Personal Representative of the Estate of Lorraine B. Foley, deceased, the late parent of Gerard T. Nevins | TN | Gerard T. Nevins |

docs-100762443.1

|  | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 37. | Barbara Dunleavy, individually, as surviving sibling of Glenn C. Perry | 1:20-cv-09387 (GBD)(SN); 04-cv-1076 (GBD)(SN) | John P. Dunleavy, as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn C. Perry | NJ | Glenn C. Perry |
| 38. | John Doe 149 as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn C. Perry | 04-cv-1923 (GBD)(SN) | John P. Dunleavy, as Personal Representative of the Estate of Barbara Dunleavy, deceased, the late sibling of Glenn C. Perry | NJ | Glenn C. Perry |
| 39. | Paul Asaro, individually, as surviving sibling of Carl Asaro | 1:20-cv-10460 (GBD)(SN); 04-cv-1076 (GBD)(SN) | Jenny Asaro as Personal Representative of the Estate of Paul Asaro, deceased, the late sibling of Carl Asaro | NY | Carl Asaro |
| 40. | Shirley Innella, individually, as surviving parent of Paul Innella | 1:20-cv-10460 (GBD)(SN) | Maria Rich, as Personal Representative of the Estate of Shirley Innella, deceased, the late parent of Paul Innella | FL | Paul Innella |
| 41. | Marc Weingard, as Personal Representative of the Estate of Bonnie Feldman, deceased, the late parent of Scott Weingard | 1:20-cv-10460 (GBD)(SN) | Marc Weingard, as Personal Representative of the Estate of Bonnie Weingard, deceased, the late parent of Scott Weingard | FL | Scott Weingard |
| 42. | Curtis Elseth, individually, as surviving parent of Robert Elseth | 1:20-cv-10902 (GBD)(SN) | James Elseth as Personal Representative for the Estate of Curtis Elseth, deceased, the late parent of Robert Elseth | AE | Robert Elseth |

13

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 43. | Shari Tolbert, as Personal Representative of the Estate of Otis Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert | 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Shari Beason, as Personal Representative of the Estate of Otis Tolbert, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Otis Tolbert | FL | Otis Tolbert |
| 44. | Suzanne Peraza, individually, as surviving parent of Robert Peraza | 1:20-cv-10460 (GBD)(SN); 04-cv-1076 (GBD)(SN) | Neil Peraza, as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza | FL | Robert Peraza |
| 45. | John Doe 153 as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza | 04-cv-01923 | Neil Peraza, as Personal Representative of the Estate of Suzanne Peraza, deceased, the late parent of Robert Peraza | FL | Robert Peraza |
| 46. | Itauma Ette, as the Personal Representative of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette | 1:18-cv-05306 (GBD)(SN) | Itauma Ette and Edu Umana as co-Personal Representatives of the Estate of Sunday Itauma Ette, deceased, the late parent of Sadie Ette | TX; PA | Sadie Ette |
| 47. | Itauma Ette, as the Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette | 1:18-cv-05306 (GBD)(SN) | Edu Umana, as the Personal Representative of the Estate of Ekaette Ette, deceased, the late parent of Sadie Ette | PA | Sadie Ette |
| 48. | Najat Arsenault, as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem | 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Najat Janet Hashem, as Personal Representative of the Estate of Rose Sue Hashem, deceased, the late sibling of Peter Hashem | NH | Peter Hashem |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 49. | Michael L. Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola | 1:21-cv-10239 (GBD)(SN) | Amanda Trerotola, as the Personal Representative of the Estate of Lisa Trerotola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Lisa Trerotola | OH | Lisa Trerotola |
| 50. | Dolores Jane Russo as Personal Representative of the Estate of Anthony S. Russo, deceased, the late parent of Michael Russo | 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Anthony F. Russo as Personal Representative of the Estate of Anthony S. Russo, deceased, the late parent of Michael Russo | NJ | Michael Russo |
| 51. | Vera Schleeter as Personal Representative of the Estate of Nancy Taylor deceased, the late spouse of Kip P. Taylor | 1:22-cv-05193 (GBD)(SN); 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Dean Taylor as Personal Representative of the Estate of Nancy Taylor deceased, the late spouse of Kip P. Taylor | CO | Kip P. Taylor |
| 52. | Tameeka Taylor as Personal Representative of Estate of Donnie Taylor, Jr. individually, deceased, the late child of Donnie Taylor | 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Tamika Taylor as Personal Representative of Estate of Donnie Taylor, Jr. individually, deceased, the late child of Donnie Taylor | CA | Donnie Taylor |
| 53. | John Doe 140, being intended to designate the Personal Representative of the Estate of Darya Lin, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, | 04-cv-01923 (GBD)(SN) | Reza Mashayekhi, as the Personal Representative of the Estate of Darya Lin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin | FL | Darya Lin |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Darya Lin | | | | |
| 54. | John Doe 154 as the Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | 1:04-cv-01923 (GBD)(SN) | John M. Galvin Sr., as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin<br><br>Diverra Galvin, as the co-Personal Representative of the Estate of Thomas Galvin, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Thomas Galvin | CT | Thomas Galvin |
| 55. | Stephen M. Fogel, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde | 1:18-cv-12276 (GBD)(SN); 1:18-cv-12272 (GBD)(SN) | Deborah Cremona a/k/a Deborah Forde, as the co-Personal Representative of the Estate of Godwin Forde, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Godwin Forde | NY | Godwin Forde |

docs-100762443.1

|  | **Previous Plaintiff** | **Case Number** | **Substituted Plaintiff** | **State of Residency of Substituted Plaintiff** | **9/11 Decedent's Name** |
|---|---|---|---|---|---|
| 56. | Antoinette Rubino, individually, as surviving parent of Joanne Rubino | 1:18-cv-11878 (GBD)(SN); 1:18-cv-11969 (GBD)(SN) | Anthony Rubino as Personal Representative of the Estate of Antoinette Rubino, deceased, the late parent of Joanne Rubino | KY | Joanne Rubino |
| 57. | Antoinette Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino | 1:18-cv-11878 (GBD)(SN) | Anthony Rubino, as the Personal Representative of the Estate of Joanne Rubino, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Joanne Rubino | KY | Joanne Rubino |
| 58. | John Doe 54, being intended to designate the Personal Representative of the Estate of Michael Russo, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo | 1:18-cv-12274 (GBD)(SN) | Theresa Russo-Kempf, as the Personal Representative of the Estate of Michael Russo, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Michael Russo | NY | Michael Russo |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 59. | Frank Saiya, individually, as surviving sibling of Edward Saiya | 1:18-cv-11969 (GBD)(SN) | Ruthellen Saiya, as Personal Representative of the Estate of Frank Saiya, deceased, the late sibling of Edward Saiya | KS | Edward Saiya |
| 60. | Benedict Salamone, individually, as surviving parent of John P. Salamone | 1:18-cv-11969 (GBD)(SN) | Sharon Salamone as Personal Representative of the Estate of Benedict Salamone, deceased, the late parent of John P. Salamone | SC | John P. Salamone |
| 61. | Carolina Salas, individually, as surviving spouse of Hernando R. Salas | 1:18-cv-05321 (GBD)(SN); 1:18-cv-11969 (GBD)(SN) | Carlos Salas, as the Personal Representative of the Estate of Carolina Salas, deceased, the late spouse of Hernando R. Salas | NY | Hernando R. Salas |
| 62. | John Sigmund Sr., individually, as surviving parent of Johanna Sigmund | 1:18-cv-11878 (GBD)(SN); 1:18-cv-11970 (GBD)(SN) | Ruth Sigmund as Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund | PA | Johanna Sigmund |
| 63. | John Doe 122 as the Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund | 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Ruth Sigmund as Personal Representative of the Estate of John Sigmund Sr., deceased, the late parent of Johanna Sigmund | PA | Johanna Sigmund |
| 64. | John F. Signer, individually, as surviving sibling of Dianne Signer | 1:18-cv-11878 (GBD)(SN); 1:18-cv-11970 (GBD)(SN) | John T. Signer, as Personal Representative of the Estate of John F. Signer, deceased, the late sibling of Dianne Signer | NY | Dianne Signer |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 65. | John Doe 57, being intended to designate the Personal Representative of the Estate of Gregory Sikorsky, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | 1:18-cv-12274 (GBD)(SN) | Marie Sikorsky, as the Personal Representative of the Estate of Gregory Sikorsky, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Gregory Sikorsky | NY | Gregory Sikorsky |
| 66. | John Doe 58, being intended to designate the Personal Representative of the Estate of Arthur Simon, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all | 1:18-cv-12274 (GBD)(SN) | Jennifer Simon Berardi, as the Personal Representative of the Estate of Arthur Simon, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Arthur Simon | NY | Arthur Simon |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | survivors and all legally entitled beneficiaries and family members of Arthur Simon | | | | |
| 67. | John Doe 59, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon | 1:18-cv-12274 (GBD)(SN) | Karen Simon, as Personal Representative of the Estate of Kenneth Simon, deceased, the late child of Arthur Simon | NJ | Arthur Simon |
| 68. | John Doe 62, being intended to designate the Personal Representative of the Estate of Timothy Stackpole, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole | 1:18-cv-12275 (GBD)(SN) | Tara Stackpole, as the Personal Representative of the Estate of Timothy Stackpole, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Timothy Stackpole | NY | Timothy Stackpole |
| 69. | Frances Swift, individually, as surviving parent of Thomas F. Swift | 1:18-cv-11971 (GBD)(SN) | Kathleen F. Deloughery, as Personal Representative of the Estate of Frances Swift, deceased, the late parent of Thomas F. Swift | NJ | Thomas F. Swift |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 70. | James S. Swift (via POA: Peter T. Swift), individually, as surviving sibling of Thomas F. Swift | 1:18-cv-11878 (GBD)(SN); 1:18-cv-11971 (GBD)(SN) | Elisabeth L. Swift, as Personal Representative of the Estate of James S. Swift, deceased, the late sibling of Thomas F. Swift | NJ | Thomas F. Swift |
| 71. | Saundra Faye Woolen, as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman | 1:18-cv-11971 (GBD)(SN) | Emory E. Hackman, Jr., as the Personal Representative of the Estate of Tamara Thurman, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Tamara Thurman | VA | Tamara Thurman |
| 72. | Clotilda Vola, individually, as surviving sibling of Maria P. Vola | 1:18-cv-05331 (GBD)(SN); 1:18-cv-12275 (GBD)(SN) | Anthony Vola and Brittney Vola, as Co-Personal Representatives of the Estate of Clotilda Vola, deceased, the late sibling of Maria P. Vola | GA; NY | Maria P. Vola |
| 73. | Clotilda Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola | 1:18-cv-05331 (GBD)(SN); 1:18-cv-12275 (GBD)(SN) | Anthony Vola, as the Personal Representative of the Estate of Maria P. Vola, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Maria P. Vola | GA | Maria P. Vola |
| 74. | Clotilda Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of  Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola as Personal Representative of the Estate of John Vola, deceased, the late parent of  Maria P. Vola | GA | Maria P. Vola |

|  | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 75. | Clotilda Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola | 1:18-cv-12275 (GBD)(SN) | Anthony Vola as Personal Representative of the Estate of Rita Vola, deceased, the late parent of Maria P. Vola | GA | Maria P. Vola |
| 76. | Armando Waisman, individually, as surviving parent of Gabriela Waisman | 1:18-cv-05331 (GBD)(SN); 1:18-cv-12275 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Andrea Treble as Personal Representative of the Estate of Armando Waisman, deceased, the late parent of Gabriela Waisman | NY | Gabriela Waisman |
| 77. | John Doe 63, being intended to designate the Personal Representative of the Estate of Robert F. Wallace, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace | 1:18-cv-12275 (GBD)(SN) | Nancy Wallace, as the Personal Representative of the Estate of Robert F. Wallace, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Robert F. Wallace | NY | Robert F. Wallace |

docs-100762443.1

|   | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 78. | Andrew Watson, individually, as surviving parent of Kenneth Watson | 1:18-cv-12275 (GBD)(SN) | Glenn Watson, as the Personal Representative of the Estate of Andrew Watson, deceased, the late parent of Kenneth Watson | NY | Kenneth Watson |
| 79. | Norman Wells, individually, as surviving parent of Chin Sun Pak Wells | 1:18-cv-05321 (GBD)(SN); 1:18-cv-12275 (GBD)(SN) | Chin Yong Wells, as the Personal Representative of the Estate of Norman Wells, deceased, the late parent of Chin Sun Pak Wells | OK | Chin Sun Pak Wells |
| 80. | Norman Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells | 1:18-cv-05321 (GBD)(SN); 1:18-cv-12275 (GBD)(SN) | Kum Son Wells, as the Personal Representative of the Estate of Chin Sun Pak Wells, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Chin Sun Pak Wells | OK | Chin Sun Pak Wells |
| 81. | John Doe 66 as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | 1:18-cv-12387 (GBD)(SN); 1:18-cv-12275 (GBD)(SN) | Nur M. Miah, as Personal Representative of the Estate of Nurul Miah, deceased, the late spouse of Shakila Yasmin | NY | Shakila Yasmin |
| 82. | Jack Zelmanowitz, individually, as surviving sibling of Abraham Zelmanowitz | 1:18-cv-05331 (GBD)(SN); 1:18-cv-12381 (GBD)(SN) | Evelyn Zelmanowitz, as the Personal Representative of the Estate of Jack Zelmanowitz, deceased, the late sibling of Abraham Zelmanowitz | NY | Abraham Zelmanowitz |
| 83. | Jack Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and | 1:18-cv-05331 (GBD)(SN); 1:18-cv-12381 (GBD)(SN) | Evelyn Zelmanowitz, as the Personal Representative of the Estate of Abraham Zelmanowitz, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family | NY | Abraham Zelmanowitz |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | family members of Abraham Zelmanowitz | | members of Abraham Zelmanowitz | | |
| 84. | O'Neill, Christine, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr. | 1:04-cv-01076 (GBD)(SN) | Christine O'Neill, as Personal Representative of the Estate of John F. O'Neill, deceased, the late parent of John P. O'Neill, Sr. | NJ | John P. O'Neill, Sr. |
| 85. | Peter John Grzymalski, individually, as surviving sibling of Matthew J. Grzymalski | 04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Joseph W. Grzymalski as Personal Representative of the Estate of Peter John Grzymalski, deceased, the late sibling of Matthew J. Grzymalski | NY | Matthew J. Grzymalski |
| 86. | Martin S. Hughes as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr. | 1:19-cv-11767 (GBD)(SN) | Deborah Bodner as Personal Representative of the Estate of Frances S. Hughes, deceased, the late parent of Thomas F. Hughes, Jr. | NC | Thomas F. Hughes, Jr. |
| 87. | Edna May Massa, individually, as surviving spouse of Nicholas G. Massa | 1:19-cv-11776 (GBD)(SN) | Donna Mercurio as Personal Representative of the Estate of Edna May Massa, deceased, the late spouse of Nicholas G. Massa | NJ | Nicholas G. Massa |
| 88. | John Morello, individually, as surviving parent of Vincent S. Morello | 1:19-cv-11776 (GBD)(SN); 04-cv-1076 (GBD)(SN) | Patricia Morello as Personal Representative of the Estate of John Morello, deceased, the late parent of Vincent S. Morello | NY | Vincent S. Morello |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 89. | Michele Rosenberg, individually, as surviving parent of Lloyd Rosenberg | 1:19-cv-11865 (GBD)(SN) | Lorene Rosenberg as Personal Representative for the Estate of Michele Rosenberg, deceased, the late parent of Lloyd Rosenberg | NY | Lloyd Rosenberg |
| 90. | Henry Karczewski, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski | 1:19-cv-11776 (GBD)(SN) | Donna A. Cavanaugh, as Personal Representative of the Estate of Rose C. Karczewski, deceased, the late parent of Charles Henry Karczewski | NJ | Charles Henry Karczewski |
| 91. | Kathleen Owens, individually, as surviving sibling of Peter Owens | 1:19-cv-11865 (GBD)(SN) | John Owens, as Personal Representative of the Estate of Kathleen Owens, deceased, the late sibling of Peter Owens | NY | Peter Owens |
| 92. | John Doe 71, being intended to designate the Personal Representative of the Estate of Stephen Philip Morris, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family | 04-cv-1076 (GBD)(SN) | Katherine Collier, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris<br><br>Andrew Morris, as the co-Personal Representative of the Estate of Stephen Philip Morris, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Stephen Philip Morris | UK | Stephen Philip Morris |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | members of Stephen Philip Morris | | | | |
| 93. | Geneva Epps, individually as surviving parent of Christopher Samuel Epps | 04-cv-1076 (GBD)(SN) | Chundera Epps, as Personal Representative of the Estate of Geneva Epps, deceased, the late parent of Christopher Samuel Epps | NY | Christopher Samuel Epps |
| 94. | Edward Ahearn, individually as surviving parent of (Lt.) Brian G. Ahearn | 1:18-cv-05320 (GBD)(SN); 1:18-cv-12270 (GBD)(SN) | Robert Langdon as Personal Representative of the Estate of Edward Ahearn, deceased, the late parent of (Lt.) Brian G. Ahearn | NY | (Lt.) Brian G. Ahearn |
| 95. | John Doe 1, being intended to designate the Personal Representative of the Estate of (Lt.) Brian G. Ahearn, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. | 1:18-cv-12276 (GBD)(SN); 1:18-cv-12270 (GBD)(SN) | Debra Ahearn, as the Personal Representative of the Estate of Brian G. Ahearn, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of (Lt.) Brian G. Ahearn | NY | (Lt.) Brian G. Ahearn |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | Ahearn | | | | |
| 96. | Patricia Albero (c/o Attorney-in-Fact, Fred Corrado), individually, as surviving parent of Gary Albero | 1:18-cv-11837 (GBD)(SN); 1:18-cv-11880 (GBD)(SN); 1:04-cv-1076 (GBD)(SN) | Fred Corrado as Personal Representative of the Estate of Patricia Albero, deceased, the late parent of Gary Albero | FL | Gary Albero |
| 97. | Willie Aldridge Jr., individually, as surviving sibling of Jacquelyn D. Aldridge | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11880 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Sylvia Aldridge as Personal Representative of the Estate Willie Aldridge Jr., deceased, the late sibling of Jacquelyn D. Aldridge | GA | Jacquelyn D. Aldridge |
| 98. | Sadie Reoch, individually, as surviving parent of Arlene T. Babakitis | 1:18-cv-05320 (GBD)(SN); 1:18-cv-12270 (GBD)(SN) | Evelyn Pettignano and Karen Reoch, as co-Personal Representatives of the Estate of Sadie Reoch, deceased, the late parent of Arlene T. Babakitis | NJ; NY | Arlene T. Babakitis |
| 99. | Yvette Mell, individually, as surviving parent of Matthew Barnes | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11880 (GBD)(SN) | Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes | NY; FL | Matthew Barnes |
| 100. | John Doe 104, as Personal Representative of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes | 1:04-cv-1076 (GBD)(SN) | Daniel Barnes and Russell Barnes, as co-Personal Representatives of the Estate of Yvette Mell, deceased, the late parent of Matthew Barnes | NY; FL | Matthew Barnes |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 101. | Michael R. Boccardi, individually, as surviving parent of Michael A. Boccardi | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11880 (GBD)(SN) | Michelle Bronson as Personal Representative of the Estate of Michael R. Boccardi, deceased, the late parent of Michael A. Boccardi | NY | Michael A. Boccardi |
| 102. | Anna M. Bright as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | 1:18-cv-11837 (GBD)(SN); 1:18-cv-11885 (GBD)(SN) | Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | FL | Gary L. Bright |
| 103. | John Doe 124, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | 1:04-cv-1076 (GBD)(SN) | Jennifer Love, as Personal Representative of the Estate of William Bright, deceased, the late parent of Gary L. Bright | FL | Gary L. Bright |
| 104. | Michelle L. Hornback, individually, as surviving sibling of Gary L. Bright | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11885 (GBD)(SN) | Michael Hornback II, as Personal Representative of the Estate of Michelle L. Hornback, deceased, the late sibling of Gary L. Bright | IN | Gary L. Bright |
| 105. | Sabrina C. Spencer, individually, as surviving parent of Brian Cachia | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11885 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | James Lynch as Personal Representative of the Estate of Sabrina C. Spencer, deceased, the late parent of Brian Cachia | NY | Brian Cachia |
| 106. | Joanne Cherry, individually, as surviving spouse of Vernon P. Cherry | 1:18-cv-11837 (GBD)(SN); 1:18-cv-11885 (GBD)(SN) | Selena Cherry-Daniel as Personal Representative of the Estate of JoAnne Cherry, deceased, the late spouse of Vernon P. Cherry | VA | Vernon P. Cherry |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 107. | John Doe 109 as as Personal Representative of the Estate of JoAnne Cherry, deceased, the late spouse of Vernon P. Cherry | 1:04-cv-1076 (GBD)(SN); 04-cv-01923 (GBD)(SN) | Selena Cherry-Daniel as Personal Representative of the Estate of JoAnne Cherry, deceased, the late spouse of Vernon P. Cherry | VA | Vernon P. Cherry |
| 108. | JoAnne Cherry as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | 1:18-cv-11837 (GBD)(SN) | Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | VA | Vernon P. Cherry |
| 109. | Selena Cherry as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | 1:18-cv-11885 (GBD)(SN) | Scott Donovan, Esq. as Personal Representative of the Estate of Ryan Cherry, deceased, the late child of Vernon P. Cherry | VA | Vernon P. Cherry |
| 110. | William Cintron, individually, as surviving spouse of Edna Cintron | 1:18-cv-05320 (GBD)(SN); 1:18-cv-11888 (GBD)(SN); 1:04-cv-1076 (GBD)(SN) | Stephen P. Heuston, Esq. as Personal Representative for the Estate of William Cintron-Lugos a/k/a William Cintron, deceased, the late spouse of Edna Cintron | FL | Edna Cintron |
| 111. | Elizabeth Cleary, individually, as surviving parent of Kevin F. Cleary | 1:18-cv-07306 (GBD)(SN); 1:18-cv-11888 (GBD)(SN) | Christopher James Cleary and Patricia Mary Cleary as Co-Personal Representative of the Estate of Elizabeth Cleary, deceased, the late parent of Kevin F. Cleary | NC | Kevin F. Cleary |
| 112. | Joseph P. Deuel, individually, as surviving parent of Cindy Ann Deuel | 1:18-cv-12276 (GBD)(SN); 1:18-cv-12272 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); | Christine A. Horvath-Deuel, as Personal Representative of the Estate of Joseph P. Deuel, deceased, the late parent of Cindy Ann Deuel | PA | Cindy Ann Deuel |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | | 04-cv-1923 (GBD)(SN) | | | |
| 113. | George A. Cuellar, individually, as surviving life partner of Luke Dudek | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11904 (GBD)(SN) | Mario Sanchez as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek | NY | Luke Dudek |
| 114. | John Doe 106, as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek | 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Mario Sanchez as the Personal Representative of the Estate of George A. Cuellar, deceased, the late life partner of Luke Dudek | NY | Luke Dudek |
| 115. | George A. Cuellar, as the Personal Representative of the Estate of Luke Dudek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11904 (GBD)(SN) | Mario Sanchez, as the Personal Representative of the Estate of Luke Dudek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek | NY | Luke Dudek |
| 116. | John Doe 107, being intended to designate the Personal Representative of the Estate of Luke Dudek, deceased, said name being fictitious, her/his true name is not presently known, confirmed, and/or has not been duly appointed by a court of competent jurisdiction (or having been so appointed, his or her appointment has expired, and/or he or she | 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Mario Sanchez, as the Personal Representative of the Estate of Luke Dudek, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek | NY | Luke Dudek |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | has ceased to serve, and his or her successor has not yet been appointed) and on behalf of all survivors and all legally entitled beneficiaries and family members of Luke Dudek | | | | |
| 117. | Joan Aiello, individually, as the surviving sibling of John E. Eichler | 1:18-cv-11870 (GBD)(SN) | Christopher Aiello as Personal Representative of the Estate of Joan Aiello, deceased, the late sibling of John E. Eichler | FL | John E. Eichler |
| 118. | Helen Carole Ericson, individually, as the surviving spouse of Ulf Ramm Ericson | 1:18-cv-11870 (GBD)(SN); 1:18-cv-11904 (GBD)(SN) | Catherine Ericson, as Personal Representative of the Estate of Helen Carole Ericson, deceased, the late spouse of Ulf Ramm Ericson | GA | Ulf Ramm Ericson |
| 119. | Helen Carole Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson | 1:18-cv-11870 (GBD)(SN); 1:18-cv-11904 (GBD)(SN) | Catherine Ericson, as the Personal Representative of the Estate of Ulf Ramm Ericson, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Ulf Ramm Ericson | GA | Ulf Ramm Ericson |
| 120. | Lori Feely, as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely | 1:18-cv-05306 (GBD)(SN) | Jennifer Artola, as the Personal Representative of the Estate of Francis J. Feely, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Francis J. Feely | NY | Francis J. Feely |
| 121. | Patricia Feely, individually, as surviving | 1:18-cv-05306 | Alice Feely as Personal Representative of the Estate | NY | Francis J. Feely |

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| | parent of Francis J. Feely | (GBD)(SN) | of Patricia Feely, deceased, the late parent of Francis J. Feely | | |
| 122. | Peter Fegan, individually, as surviving parent of Sean B. Fegan | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11904 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Catherine Curley and Anne Marie Hartney as co-Personal Representatives of the Estate of Peter Fegan, deceased, the late parent of Sean B. Fegan | NY | Sean B. Fegan |
| 123. | Barbara Hill as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster | 1:18-cv-12276 (GBD)(SN) | Lawrence Hill as the Personal Representative of the Estate of Sandra N. Foster, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Sandra N. Foster | DC | Sandra N. Foster |
| 124. | Ellen Vigeant, individually, as surviving parent of Gary J. Frank | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11926 (GBD)(SN) | Felicia Cappo and Laurie Vigeant, as co-Personal Representatives of the Estate of Ellen Vigeant, deceased, the late parent of Gary J. Frank | NJ | Gary J. Frank |
| 125. | Bonnie Freiman, individually, as surviving parent of Brett O. Freiman | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11926 (GBD)(SN); 1:04-cv-1076 (GBD)(SN) | Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman | FL | Brett O. Freiman |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 126. | John Doe 145, as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman | 04-cv-1923 (GBD)(SN) | Petagaye Allen as Personal Representative of the Estate of Bonnie Freiman a/k/a Bonnie Freiman-Magnes, deceased, the late parent of Brett O. Freiman | FL | Brett O. Freiman |
| 127. | Norma Geraghty, individually, as surviving parent of Edward F. Geraghty | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11926 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Lynn Cannata and Janet Baronian as Co-Personal Representatives for the Estate of Norma Geraghty, deceased, the late parent of Edward F. Geraghty | NY | Edward F. Geraghty |
| 128. | Stephen Geraghty, individually, as surviving sibling of Edward F. Geraghty | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11926 (GBD)(SN); 1:04-cv-1076 (GBD)(SN) | Cathy Geraghty as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty | NY | Edward F. Geraghty |
| 129. | John Doe 146 as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty | 04-cv-1923 (GBD)(SN) | Cathy Geraghty as Personal Representative of the Estate of Stephen Geraghty, deceased, the late sibling of Edward F. Geraghty | NY | Edward F. Geraghty |
| 130. | Tyler W. Graf, individually, as surviving child of Edwin J. Graf, III | 1:18-cv-12387 (GBD)(SN); 1:18-cv-12381 (GBD)(SN); 1:04-cv-1076 (GBD)(SN) | Karen A. Parker as Personal Representative of the Estate of Tyler W. Graf, deceased, the late child of Edwin J. Graf, III | MD | Edwin J. Graf, III |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 131. | Jacob Heber, individually, as surviving spouse of Roberta B. Heber | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11941 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Sheldon Heber as Personal Representative of the Estate of Jacob Heber, deceased, the late spouse of Roberta B. Heber | NJ | Roberta B. Heber |
| 132. | David Cannella, individually, as surviving child of Judith Hofmiller | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11941 (GBD)(SN) | Kenneth Alan Davidson as Personal Representative of the Estate of David Cannella, deceased, the late child of Judith Hofmiller | CT | Judith Hofmiller |
| 133. | Francis Houston, individually, as surviving sibling of Charles J. Houston | 1:18-cv-05306 (GBD)(SN); 1:18-cv-12272 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Barbara Houston as Personal Representative of the Estate of Francis X. Houston, deceased, the late sibling of Charles J. Houston | FL | Charles J. Houston |
| 134. | Joanne Hrycak, individually, as surviving spouse of Marian R. Hrycak | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11941 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Gregory Hrycak as Personal Representative of the Estate of Joanne Hrycak, deceased, the late spouse of Marian R. Hrycak | NY | Marian R. Hrycak |

docs-100762443.1

| | Previous Plaintiff | Case Number | Substituted Plaintiff | State of Residency of Substituted Plaintiff | 9/11 Decedent's Name |
|---|---|---|---|---|---|
| 135. | Joanne Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak | 1:18-cv-05306 (GBD)(SN); 1:18-cv-11941 (GBD)(SN); 1:04-cv-1076 (GBD)(SN); 04-cv-1923 (GBD)(SN) | Gregory Hrycak, as the Personal Representative of the Estate of Marian R. Hrycak, deceased, and on behalf of all survivors and all legally entitled beneficiaries and family members of Marian R. Hrycak | NY | Marian R. Hrycak |